NUMBER 13-09-00036-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LISY CORP. (F/K/A LISY ACQUISITION CORP.), Appellant,


v.



JOSE YVAN VAZQUEZ, Appellee. 

_____________________________________________________________


On appeal from the County Court at Law No. 5 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Lisy Corp. (F/K/A Lisy Acquisition Corp.), perfected an appeal from a
judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause
number CL-08-1073-E. Appellant has filed an unopposed motion to dismiss the appeal
on grounds there was not a final and appealable judgment. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of March, 2009.